IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NONEND INVENTIONS, N.V.,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | CIVIL ACTION NO. 2:15-CV-466-JRG-RSP |

### ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Nonend Inventions, N.V., ("Plaintiff") and Defendants and Counterclaim-Plaintiffs Huawei Technologies USA Inc. and Huawei Device USA Inc. (collectively "Huawei") announced to the Court that they have resolved Plaintiff's claims for relief against Huawei asserted in this case and Huawei's claims, defenses and/or counterclaims for relief against Plaintiff asserted in this case.  Plaintiff and Huawei have therefore requested that the Court dismiss Plaintiff's claims for relief against Huawei with prejudice and Huawei's claims, defenses and/or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same.  The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

    IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Huawei are dismissed with prejudice and Huawei's claims, defenses and/or counterclaims for relief against Plaintiff are dismissed without prejudice.  IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

    **SIGNED this 18th day of February, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE